UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD CARTER,<br><br>      Plaintiff,<br><br> v.<br><br>UNIVERSITY OF WASHINGTON SCHOOL OF DENTISTRY, et al.,<br><br>      Defendants. | CASE NO. C21-401 JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

  Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

  The Clerk shall provide a copy of this Order to plaintiff and to the Honorable James L. Robart.

  DATED this 25th day of March, 2021.

                _____
                BRIAN A. TSUCHIDA
                Chief United States Magistrate Judge